IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THEODORE KERRN, | ) | |
| | ) | NO. 3:08-0506 |
| Plaintiff, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, NASHVILLE POLICE OFFICER JAMES JONES and NASHVILLE POLICE OFFICER BILLY SCARBERRY, | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' James Jones, Metropolitan Government of Nashville Davidson County, Tennessee and Billy Scarberry motions to dismiss (Docket Entry Nos. 9 and 11) are **GRANTED**. This action is **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 11th day of February, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge